# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JADE LEE GONZALEZ,<br><br>      **Plaintiff,**<br><br>**v.**<br><br>SANTANDER CONSUMER USA INC.,<br>et al.,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  **CIVIL ACTION NO.**<br>)  **1:25-CV-00872-WO-LPA**<br>)<br>)<br>)<br>)<br>) |

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Joshua Davey, pursuant to Rule 83.1(e) of the Local Rules of Practice and Procedure for the Unites States District Court for the Middle District of North Carolina, moves this Honorable Court for an order permitting him to withdraw from further representation of Defendant Experian Information Solutions, Inc. ("Experian") in this matter.

In support of this Motion, Mr. Davey shows the Court as follows:

1.      Experian initially retained Mr. Davey to represent its interests in this matter.

2.      Experian has retained the services of Smith Debnam Narron Drake Saintsing & Myers, LLP ("Smith Debnam") to represent it in all aspects of this case going forward. Attorney Caren D. Enloe of Smith Debnam has duly noticed her appearance in this matter for Experian. [Dkt. 160]. Attorney Caren D. Enloe of Smith Debnam will be the attorney of record after the withdrawal of Attorney Joshua Davey.

3.      As a result of Smith Debnam's representation of Experian in this case, Experian is no longer in need of Mr. Davey's services.

4.      Experian will not be prejudiced by Mr. Davey's withdrawal as counsel of record because it will continue to be represented by Smith Debnam. Experian and Ms. Enloe consent to Mr. Davey's withdrawal as counsel of record in this matter.

5.      Accordingly, Mr. Davey respectfully requests permission to withdraw from this matter and to have no further obligations in this case.

6.      A proposed order allowing Mr. Davey's withdrawal as counsel for Experian is attached hereto as **Exhibit 1**.

WHEREFORE, Joshua Davey respectfully requests that he be permitted to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. in this matter.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Joshua Davey*

Joshua Davey (N.C. Bar No. 35246)
TROUTMAN PEPPER LOCKE, LLP
301 S College Street, 34th Floor
Charlotte, NC 28202
Telephone:  704-998-4047
Email:  joshua.davey@troutman.com

*Attorney for Defendant Experian Information
Solutions, Inc.*

2

# <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that pursuant to Local Rule 7.3(d)(1), this document complies with the word limits and does not exceed the applicable word limit of 6,250 words. The total word count is 278.

*/s/ Joshua Davey*

Joshua Davey (N.C. Bar No. 35246)
TROUTMAN PEPPER LOCKE, LLP

*Attorney for Defendant Experian*
*Information Solutions, Inc*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, I caused the foregoing document to be filed

with the Clerk of Court using the CM/ECF system, which will send notice of electronic

filing to all counsel of record. I further certify that I served a copy by U.S. Mail and/or

electronic mail upon:

Jade Lee Gonzalez
408 Vance Street
Rockingham, NC 28379
Telephone: 484-937-2905
Jade.vlone7@gmail.com

*Pro Se Plaintiff*

Additionally, pursuant to Local Rule 83.1(e)(3), a copy of the foregoing was

served on the client by e-mail and U.S. mail at:

Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, CA 92626

*/s/ Joshua Davey*

Joshua Davey (N.C. Bar No. 35246)
TROUTMAN PEPPER LOCKE, LLP

*Attorney for Defendant Experian
Information Solutions, Inc.*

4