Jade Lee Gonzalez , Pro Se
250 NW Main Blvd unit11
lake city, FL 32056
484-937-2905
Jade.vlone7@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
NORTH CAROLINA

CIVIL ACTION NO.:1: 25-CV-872

JADE LEE GONZALEZ

Date: 6/ 1 /26
Time:     :     AM or PM

Plaintiff,

v.

**PLAINTIFF'S MOTION TO
WITHDRAW DOCKET ENTRIES
155, 156, 157, 158, AND 159**

SANTANDER CONSUMER USA INC.;
ET AL,

Defendants.



Plaintiff Jade Lee Gonzalez, proceeding pro se, respectfully moves this Court for an Order permitting withdrawal of Docket Entries 155, 156, 157, 158, and 159, and in support thereof states as follows:

Plaintiff filed Docket Entries 155, 156, 157, 158, and 159 as surreply briefs in response to filings submitted by various Defendants.

Since filing those documents, Plaintiff has become aware that surreply filings generally require leave of Court before being filed.

Plaintiff seeks to comply with the Court's procedural requirements and to proceed in good faith throughout these proceedings.

Accordingly, Plaintiff respectfully requests permission to withdraw Docket Entries 155, 156, 157, 158, and 159 from the record.

This request is made in good faith, is not made for purposes of delay, and is intended to promote orderly proceedings and compliance with applicable rules and procedures.

Plaintiff reserves all rights to seek leave of Court to file any appropriate surreply in the future should circumstances warrant such relief.

WHEREFORE, Plaintiff respectfully requests that the Court:
A. Permit Plaintiff to withdraw Docket Entries 155, 156, 157, 158, and 159;
B. Direct the Clerk to note the withdrawal of those filings on the docket; and
C. Grant such other and further relief as the Court deems just and proper.
Respectfully submitted this _1_ day of __June__ , 2026.

All Rights Reserved Without Prejudice - UCC1-308 I declare under penalty of perjury that the foregoing information is true & correct 28 U.S.C. § 1746,

/s/ _Jade Gonzalez_

Jade Lee Gonzalez , Pro Se

484-937-2905
Jade.vlone7@gmail.com
Date: 6/1/26

# CERTIFICATE OF SERVICE

I, Jade Lee Gonzalez Plaintiff Pro Se, hereby certify that on this __1__ day of __June__, 2026 I submitted the attached motion and supporting documents to the United States District Court for the Middle District of North Carolina for official filing and docketing. All counsel of record and defendants who have appeared in this matter may access these filings electronically through the Court's ECF/e-file system:

All Rights Reserved Without Prejudice - UCC1-308 I declare under penalty of perjury that the foregoing information is true & correct 28 U.S.C. § 1746,

/s/ *Jade Gonzalez*

Jade Lee Gonzalez, Pro Se 484-937-2905/
Jade.vlone7@gmail.com

Date: __6/1/26__