IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JADE LEE GONZALEZ,                      )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )
SANTANDER CONSUMER USA INC.,            )
SANTANDER DRIVE AUTO                    )
RECEIVABLES LLC, PENRAC LLC,            )
NCB MANAGMENT SERVICES, INC.,           )
WILMINGTON TRUST, NATIONAL              )          1:25-cv-872
ASSOCIATION, CITIBANK, N.A.,            )
CLAYTON FIXED INCOME SERVICES           )
LLC, EXPERIAN INFORMATION               )
SOLUTIONS, INC., EQUIFAX                )
INFORMATION SERVICES LLC,               )
TRANSUNION, LLC, FITCH RATINGS,         )
INC., MOODY'S INVESTORS                 )
SERVICE, INC., ENTERPRISE               )
HOLDINGS, INC., FIRST PACIFIC           )
ADVISORS, LP, ENTERPRISE CAR            )
SALES, SANTANDER DRIVE AUTO             )
RECEIVABLES TRUST 2023-1,               )
SANTANDER DRIVE AUTO                    )
RECEIVABLES TRUST 2023-2, S&P           )
GLOBAL RATINGS, INC., LOOMIS,           )
SAYLES & COMPANY, L.P., and             )
CITICORP TRUST DELAWARE, N.A.,          )
                                        )
            Defendants.                 )

## ORDER

This matter is before the court on a Motion to Withdraw as Counsel of Record. (Doc. 161.) Joshua Davey moves to withdraw as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"). Counsel reports that Experian has retained Caren D. Enloe of Smith Debnam Narron Drake Saintsing & Myers to

represent it in all aspects of this case going forward.
Defendant Experian and Attorney Enloe consent to this motion.
After careful review, the court finds the motion should be
granted.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as
Counsel of Record, (Doc. 161), is **GRANTED** and Joshua Davey is
hereby withdrawn from further representation of Defendant
Experian Information Solutions, Inc. Remaining counsel of record
for Defendant Experian shall continue as counsel in this matter.
This the 15th day of June, 2026.

_____
United States District Judge

- 2 -