IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JADE LEE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., SANTANDER DRIVE AUTO RECEIVABLES, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-cv-872 |

**ORDER**

Plaintiff, proceeding pro se, filed a complaint in state court which was subsequently removed to this court. (Doc. 1.) The current operative pleading is Plaintiff's Final Amended Complaint. (See Doc. 120.) A number of Defendants named in the Third Amended Complaint have filed motions to dismiss. (See Docs. 124, 127, 129, 131, 133, 135, and 137.)

There are a number of named defendants in the Final Amended Complaint for which Plaintiff has failed to provide proof of service. It does not appear that a summons was issued as to those named defendants.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made

within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

The Final Amended Complaint was filed on January 23, 2026, (see Doc. 20), and more than 90 days have passed. It therefore appears the action as to those unserved defendants is subject to dismissal unless Plaintiff can show good cause for any failure.

**IT IS THEREFORE ORDERED** that within 21 days of the entry of this order, Plaintiff shall file summons and proof of service for any defendant named in the Final Amended Complaint who has not appeared by way of a notice of appearance or the filing of a motion to dismiss or, in the alternative, Plaintiff shall file a written response to this order demonstrating good cause as to the reasons why the summons have not been issued or served.

Failure to comply with this order may result in dismissal or other sanctions.

This the 30th day of September, 2026.

William L. Osteen, Jr.
United States District Judge